IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

IN RE:

JOSE ANTONIO RIVERA GONZALEZ

LIZZETTE JANEL AVILES VEGA

XXX-XX-9105

XXX-XX-6772

Debtor(s)

CASE NO. 10-11784 BKT

Chapter 13

FILED & ENTERED ON 12/23/2010

ORDER DISMISSING CASE

A Notice of Deficient Filing and Notice of Possible Dismissal was issued on December 20,2010 (Docket Entry #7 ). Two days have elapsed, and the following document(s) is/are missing: Notice to Individual Consumer Debtor

Accordingly, pursuant to Interim Local Bankruptcy Rule 1007-1, it is now,

ORDERED that the instant case be and is hereby dismissed.
SO ORDERED.

San Juan, Puerto Rico, this 23 day of December,2010.

CELESTINO MATTA MENDEZ
CLERK OF THE COURT

**C: All creditors**