IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| IN RE:<br>JOSE ANTONIO RIVERA GONZALEZ<br>LIZZETTE JANEL AVILES VEGA<br>DEBTOR(S) | CASE NO: 10-11784 (BKT)<br><br>CHAPTER 13 |
|---|---|

NOTICE OF APPEARANCE

TO THE HONORABLE COURT:

NOW COMES BANCO POPULAR DE PUERTO RICO, AS SERVICING AGENT FOR POPULAR MORTGAGE, INC. A PARTY IN INTEREST, HEREIN THROUGH COUNSEL AND MOST RESPECTFULLY STATES AND PRAYS:

1. THE APPEARING PARTY HAS RETAINED THE SERVICES OF THE UNDERSIGNED LAW OFFICE TO REPRESENT THEN IN ALL PROCEEDINGS PENDING BEFORE THIS HONORABLE COURT.

2. APPEARING PARTY REQUEST THE COURT THAT IT ENTER AN ORDER DIRECTING COUNSEL FOR DEBTOR, OTHER ATTORNEYS IN CASE, AND THE CLERK OF THE COURT TO SERVE ON THE UNDERSIGNED COPY OF ALL PLEADINGS MOTIONS, PERTINENT DOCUMENTS, AND EVENTS TO BE SCHEDULE FOR HEARING IN CONNECTION WITH THE ABOVE CAPTIONED CASE.

3. THIS MOTION IS FILED PURSUANT TO BANKRUPTCY RULE 9001(B) AND LOCAL RULE 1.001.

IT IS RESPECTFULLY REQUESTED THAT THIS MOTION BE GRANTED AND THE REMEDIES REQUESTED BE ALLOWED FORTHWITH, WITH SUCH FURTHER RELIEF AS IS DEEMED APPROPRIATE UNDER THE CIRCUMSTANCES.

I CERTIFY, THAT COPY OF THIS MOTION WAS ELECTRONICALLY NOTIFIED TO MS. MONSITA2 LECAROZ ARRIBAS, MR. JOSE RAMON CARRION MORALES AND MR. JUAN O CALDERON LITHGOW.

IN SAN JUAN, PUERTO RICO THIS 7 DAY OF FEBRUARY 2011.

WALLACE VAZQUEZ SANABRIA-125101
17 MEXICO STREET, SUITE D-1
SAN JUAN, PUERTO RICO 00917-2202
TEL.: 787-756-5730
FAX.: 787-764-0340
E-MAIL: WALVAZ@PRTC.NET

Wallace Vázquez Sanabria
Counselor at Law
17 México Street, Suite D-1
San Juan, Puerto Rico 00917-2202
Phone (787) 756-5730, Fax (787) 764-0340
E-mail: walvaz@prtc.net