IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

IN RE:

CASE NO. 10-11784 BKT

JOSE ANTONIO RIVERA GONZALEZ          Chapter 13

LIZZETTE JANEL AVILES VEGA


XXX-XX-9105

XXX-XX-6772



            Debtor(s)


**MINUTES OF FAST TRACK HEARING ON CONFIRMATION OF PLAN,
ORDER AND NOTICE**

1. Plan dated: **01/15/2011** (Docket no. **21**) is not confirmed.

   ___ **The §341 meeting of creditors was continued to _____ at ___.**

2. Hearing on Confirmation is continued to: **05/06/2011 at 02:30 P.M., US POST OFFICE AND COURTHOUSE BLDG, 300 RECINTO SUR STREET, COURTROOM 3 THIRD FLOOR, SAN JUAN, PR. Deadline to Object to Confirmation of the Plan: Objections must be filed not later than ten (10) days prior the hearing on confirmation as per P.R. Local Rule 3015-2(e)(1).**

3. **OTHER:**


                                        /S/Brian K. Tester
                                        U.S. Bankruptcy Judge


Date: **03/18/2011**                    BY:  /S/Inecita Collazo
                                             Courtroom Deputy