IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

In re:

JOSE A RIVERA GONZALEZ
LIZZETTE J AVILES VEGA
    Debtor(s)

CASE NO. 10-11784 (BKT)
Chapter 13

BANCO POPULAR DE PUERTO RICO

INDEX

    Movant(s)

JOSE A RIVERA GONZALEZ
LIZZETTE J AVILES VEGA
JOSE R CARRION MORALES
    Respondent(s)

## NOTICE OF MOTION FOR RELIEF FROM STAY UNDER 11 U.S.C. § 362

To the above named respondent(s): JOSE R CARRION MORALES

You are hereby notified that on **MAR 18 2011** the above named movant(s) filed a Motion Seeking Relief from the Automatic Stay under 11 U.S.C. § 362.

Service of the motion and notice must be made within three (3) days after issuance of the motion. A certificate of service must be filed forthwith, but no later than seven (7) days after the service is done. If the certificate of service is not timely filed, the Court may deny the motion for failure to give notice within three (3) days from issuance.

You must file an answer to the motion within fourteen (14) days from the service of this notice, and serve such answer upon movant or his attorney **Wallace Vazquez Sanabria** whose address is **17 Mexico Suite D-1, San Juan, PR 00917-2202**.

**IF YOU FAIL TO TIMELY ANSWER AS SET FORTH HEREIN, AN ORDER MAY BE ENTERED AGAINST YOU GRANTING THE RELIEF REQUESTED BY THE MOVANT.**

If a timely answer is filed, then **APR 12 2011** at **9:00** a.m., at the United States Bankruptcy Court, U.S. Post Office and Courthouse Bldg., 300 Recinto Sur St., **3** Floor, Courtroom **3**, Old San Juan, PR, is fixed as the time and place for the preliminary and/or final hearing on such motion.

CELESTINO MATTA-MENDEZ, CLERK
United States Bankruptcy Court

Date of Issuance: **MAR 18 2011**

By: _Carla A. T____