IN THE UNITED STATES BANKRUPTCY COURT
District of Puerto Rico

In the Matter of:

JOSE ANTONIO GONZALEZ RIVERA
LIZZETTE JANEL AVILES VEGA

Debtor(s)

Case No. **010-11784 BKT**

Chapter 13

**OPPOSITION TO LIFT OF STAY.**

**TO THE HONORABLE COURT**:

Debtors, through the undersigned, hereby move the court as follows:

1. A motion requesting lift of stay has been filed by Banco Popular de Puerto Rico.
2. We are evaluating how to collect the liquidation of money resulting from debtor Gonzalez after his retirement from Departamento de Hacienda. The money should be sufficient to pay the arrears because debtor has not received neither his pension or the liquidation since December 2010. Debtors hope that by the time the hearing is held the problem should be resolved.

**WHEREFORE**, debtor requests that this Court takes notice of the informed above and deny motion for relief of stay and grant debtors until the date of the hearing to consider the issue in order to inform or propose any other alternative.

**Trustee and creditor Banco Popular de Puerto Rico are to be notified by the Court's Electronic System**.

In Vega Baja, Puerto Rico, on this March 31, 2011.

/s/ Juan O. Calderon Lithgow
**JUAN O. CALDERON LITHGOW**
ATTORNEY FOR DEBTOR, 205607
APARTADO 1710
VEGA BAJA, PR 00694-1710
TEL.: 858-5476