```
                    UNITED STATES BANKRUPTCY COURT
                       DISTRICT OF PUERTO RICO
```

| IN RE:                         | CASE NO. 10-11784-BKT |
|--------------------------------|------------------------|
| JOSE ANTONIO RIVERA GONZALEZ   |                        |
| LIZZETTE JANEL AVILES VEGA     | CHAPTER 13             |
| DEBTOR (S)                     |                        |

                    NOTICE OF CONTINUANCE OF
                    341 MEETING OF CREDITORS

TO ALL PARTIES IN INTEREST:

   The section 341 meeting of creditors scheduled for
Fri Jan 21, 2011 at 10:00 am has been continued to
Tue Aug 23, 2011 at  2:00 pm at Ochoa Bldg., Tanca St., 1Fl.,
Comercio St. Entrance, San Juan PR 00901.

   In San Juan, Puerto Rico this,Friday, May 6, 2011.

   I CERTIFY that on this same date I have mailed a true copy of
this notice to debtor, debtor's attorney and all parties in interest
as per master address list.

                                /s/ Jose R. Carrion
                                Office of Jose R. Carrion
                                Chapter 13 Trustee
                                PO Box 9023884, Old San Juan Station
                                San Juan, PR  00902-3884
                                Tel. (787) 977-3535

The undersigned hereby certifies that a true copy of the foregoing document was mailed by first class mail to the parties listed below:

| | |
|---|---|
| JOSE R. CARRION<br>PO BOX 9023884, OLD SAN JUAN STATION<br>SAN JUAN, PR 00902 | CELESTINO MATTA<br>US POST OFFICE & COURTHOUSE<br>300 RECINTO SUR ST., SUITE 109<br>OLD SAN JUAN, PR 00901 |
| JUAN O CALDERON LITHGOW*<br>PO BOX 1710<br>VEGA BAJA, PR 00694-1710 | DEPARTMENT OF TREASURY<br>PO BOX 9024140<br>SAN JUAN, PR 00902 |
| UNEMPLOYMENT INSURANCE<br>PUERTO RICO DEPT OF LABOR<br>12 FLOOR 505 MUNOZ RIVERA AVE.<br>SAN JUAN, PR 00918 | JOSE ANTONIO RIVERA GONZALEZ<br>HACIENDAS EL MOLINO<br>A3<br>VEGA ALTA, PR 00692 |
| AEELA MASTERCARD<br>PO BOX 364508<br>SAN JUAN, PR 00936-4508 | ASOC PROPIET HACIENDAS MOLINO<br>LCDO LA QUAY REBOLLO<br>PO BOX 24429<br>SAN JUAN, PR 00931 |
| ASOCIACION EMPLEADOS DEL ELA<br>PO BOX 364508<br>SAN JUAN, PR 00936-4508 | BANCO POPULAR<br>PO BOX 70100<br>SAN JUAN, PR 00936-7100 |
| BANCO POPULAR DE PR<br>PO BOX 366818<br>SAN JUAN, PR 00936 | BANCO POPULAR DE PUERTO RICO<br>C/O WALLACE VAZQUEZ SANABRIA<br>17 CALLE MEXICO SUITE D-1<br>SAN JUAN, PR 00917-2202 |
| BANCO POPULAR DE PUERTO RICO<br>MORTGAGE SERVICE DEPT 762<br>PO BOX 362708<br>SAN JUAN, PR 00936-2708 | BANCO SANTANDER<br>PO BOX 2589<br>SAN JUAN, PR 00936 |
| BANK OF AMERICA<br>PO BOX 15721<br>WILMINGTON, DE 19886 | BBV<br>PO BOX 364745<br>SAN JUAN, PR 00936-4745 |
| BFI WASTE SERVICES<br>PO BOX 51986<br>TOA BAJA, PR 00950 | CARICO INTERNATIONAL INC<br>PO BOX 100187<br>FORT LAUDERDALE, FL 33310 |
| COMPUSA<br>PO BOX 15521<br>WILMINGTON, DE 19850 | DEPARTAMENTO DE HACIENDA<br>PO BOX 4515<br>SAN JUAN, PR 00905-4515 |
| DEPARTAMENTO DEL TRABAJO<br>AVE MUNOZ RIVERA 505<br>SAN JUAN, PR 00918 | DEPARTMENT OF TREASURY<br>BANKRUPTCY SECTION SUITE 1504<br>235 AVE ARTERIAL HOSTOS<br>SAN JUAN, PR 00918-1454 |

| | |
|---|---|
| FIRST BANK<br>PO BOX 19327<br>SAN JUAN, PR  00919-1427 | FIRST BANK<br>PO BOX 13817<br>SANTURCE STATION<br>SAN JUAN, PR  00908-3817 |
| FIRST BANK PR<br>C/O JUAN ALBINO GONZALEZ<br>PO BOX 25044<br>SAN JUAN, PR  00928-5044 | FIRSTBANK LEASING<br>PO BOX 11852<br>SAN JUAN, PR  00910-1852 |
| FSE<br>PO BOX 42006<br>SAN JUAN, PR  00940 | INTERNAL REVENUE SERVICES<br>PO BOX 7317<br>PHILADELPHIA, PA  19101-7317 |
| IRS<br>PO BOX 21126<br>PHILADELPHIA, PA  19114 | JOSE A RIVERA ROBLES<br>PO BOX 29544<br>SAN JUAN, PR  00929 |
| LDF FINANCIAL SERV<br>7001 PEACHTREE IND BLVD<br>BLDG 300<br>NORCROSS, GA  30092 | NORTHWESTERN SELECTA INC<br>599 CALLE 15 NW<br>SAN JUAN, PR  00922 |
| PEDRO BARBA<br>PO BOX 363932<br>SAN JUAN, PR  00936 | PRASA<br>PO BOX 14580<br>SAN JUAN, PR  00916-4580 |
| PREPA<br>P.O.BOX 363508<br>SAN JUAN, PR  00936 | RELIABLE FINANCIAL SERVICES<br>PO BOX 21382<br>SAN JUAN, PR  00928 |
| RELIABLE FINANCIAL SERVICES<br>C/O CARLOS E PEREZ PASTRANA<br>PO BOX 21382<br>SAN JUAN, PR  00928-1382 | RESURGENT CAPITAL SERVICES<br>PO BOX 10587<br>GREENVILLE, SC  29603-0587 |
| SAMS CLUB<br>PO BOX 960013<br>ORLANDO, FL  32896-0013 | SEARS CARD<br>PO BOX 183114<br>COLUMBUS, OH  43218 |
| SELF EMPLOYEER<br>, PR  00000 | SKO BRENNER AMERICAN<br>PO BOX 230<br>FARMINGDALE, NY  11735 |
| STATE INSURANCE FUND CORP<br>C/O ALEJANDRO SUAREZ CABRERA<br>PO BOX 365028<br>SAN JUAN, PR  00936-5028 | STATE INSURANCE FUND CORPORATION<br>PO BOX 365028<br>SAN JUAN, PR  00936-5028 |
| TREASURY DEPARTMENT OF PUERTO RICO<br>FEDERAL LITIGATION DIVISION<br>DEPARTMENT OF JUSTICE<br>PO BOX 9020192<br>SAN JUAN, PR  00902-0192 | TROPIGAS<br>PO BOX 70205<br>SAN JUAN, PR  00936 |

DATED:  May 06, 2011

OLGA SOSA

OFFICE OF THE CHAPTER 13 TRUSTEE