UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE: **JOSE ANTONIO RIVERA GONZALEZ**
**LIZZETTE JANEL AVILES VEGA**
PO BOX 144, VEGA BAJA 00694
DEBTOR(S) SSN: XXX-XX-9501    SSN: XXX-XX-6772

BK. CASE # **10-11784**    **BKT**
CHAPTER **13**

## CHAPTER 13 PAYMENT PLAN
*2ND FILED PLAN    1st Amended*

**NOTICE:** * The following plan contains provisions which may significantly affect your rights. You should read this document carefully and discuss it with your attorney. When confirmed, the plan will bind the debtor and each creditor to its terms. Objections must be filed in writing with the Court and served upon the debtor(s), debtors' counsel, the Trustee and any other entity designated by the Court, at the 341 meeting of creditors or not less than twenty (20) days prior to the scheduled confirmation hearing. For post confirmation Plan Modifications, objections must be filed and notified in the same manner within twenty (20) days from its notification. * See the notice of commencement of case for 341 meeting date and claims bar date, the latter is the date by which a proof of claim must be filed in order to participate of the plan distribution.

1. The future earnings of the Debtor(s) are submitted to the supervision and control of the Trustee and the Debtor(s) shall make payments to the Trustee:
   [X] directly   [ ] by payroll deductions, as hereinafter provided in the PAYMENT PLAN SCHEDULE.
2. The Trustee shall distribute the funds so received as hereinafter provided in the DISBURSEMENT SCHEDULE.
[X] 3. The Confirmation Order will not vest property of the Estate on Debtor(s) until the Order discharging Debtor(s) is entered.

PLAN DATED: _____
[X] PRE   [ ] POST-CONFIRMATION

[X] AMENDED PLAN DATED: **5/13/2011**
FILED BY [X] DEBTOR [ ] TRUSTEE [ ] UNSECURED CREDITOR

### I. PAYMENT PLAN SCHEDULE

| $ | | x | | = $ | |
|---|---|---|---|---|---|
| $ 0.00 | x | 6 | = $ | 0.00 |
| $ 3,720.00 | x | 1 | = $ | 3,720.00 |
| $ 620.00 | x | 53 | = $ | 32,860.00 |
| | TOTAL = | 60 | $ | 36,580.00 |

Additional Payments:
$ 165,000.00 to be paid as a LUMP SUM within 12 MTHS OF CONF WITH PROCEEDS TO COME FROM
[ ] Sale of property identified as follows: _____
[X] Other: REFINANCE OF DEBTORS RESIDENCIAL REAL ESTATE AND BUSINESS STRUCTURE IN VEGA ALTA.

Periodic Payments to be made other than and in addition to the above.
$ _____ x _____ = $ _____
To be made on: _____

**PROPOSED PLAN BASE: $ 201,580.00**

### II. ATTORNEY'S FEES
To be treated as a § 507 Priority, and paid before any other creditor and concurrently with the Trustee's fees, unless otherwise provided:
a. Rule 2016(b) Statement:  $ 3,000.00
b. Fees Paid (Pre-Petition): ($ 1,500.00 )
c. R 2016 Outstanding balance: $ 1,500.00
d. Post Petition Additional Fees: $ 1,500.00
e. Total Compensation:  $ 4,500.00

Signed: /s/ JOSE ANTONIO RIVERA GONZALEZ
DEBTOR
/s/ LIZZETTE JANEL AVILES VEGA
JOINT DEBTOR
/s/ *JUAN O. CALDERON LITHGOW (ATTORNEY)*
BY: ATTORNEY

### II. DISBURSEMENT MADE IN THE FOLLOWING ORDER AND AFTER ADMINISTRATIVE EXPENSES

**A. SECURED CLAIMS:** [ ] Debtor represents that there are no secured claims.
[X] Secured creditors will retain their liens and shall be paid as follows:

1. [ ] **ADEQUATE PROTECTION** Payments: Cr. _____ $ _____
2. [X] Trustee will pay secured **ARREARS**:

| Cr. BPPR | Cr. BPPR | Cr. 1st BANK |
|---|---|---|
| Acct. 07-101001-8591746 | Acct. 1756 | Acct. 0001 |
| $ 22,149.16 | $ 6,680.02 | $ 5,426.14 |
| Cr. RELIABLE FINANCIAL | Cr. ASOC PROPIETARIOS | Cr. IRS |
| Acct. 261-015456 | Acct. 0730 | Acct. XXX-XX-9501 |
| $ 1,564.80 | $ 9,568.20 | $ 64,337.28 |

3. [ ]* Trustee will pay **REGULAR MONTHLY PAYMENTS**:
   Cr. ___ Cr. ___ Cr. ___
   Acct. ___ Acct. ___ Acct. ___
   Monthly Pymt.$ ___ Monthly Pymt.$ ___ Monthly Pymt.$ ___
4. [ ] Trustee will pay **IN FULL** Secured Claims:
   Cr. ___ Cr. ___ Cr. ___
   $ ___ $ ___ $ ___
5. [ ] Trustee will pay **VALUE OF COLLATERAL**:
   Cr. ___ Cr. ___ Cr. ___
   $ ___ $ ___ $ ___
6. [ ] Secured Creditor's interest will be insured. **INSURANCE POLICY** will be paid through plan:
   Cr. ___ Ins. Co. ___ Premium: $ ___
   (Please indicate in "Other Provisions" the insurance coverage period)
7. [X] Debtor **SURRENDERS COLLATERAL** TO Lien Holder: AEELA
8. [X] Debtor will maintain **REGULAR PAYMENTS DIRECTLY** to:
   BPPR MORTGS; 1STBANK MORTG; ASOC PROP; RELIABLE FIN

**B. PRIORITIES.** The Trustee will pay §507 priorities in accordance with the law [§1322 (a)(2)].
[X] IRS AND DEPT DE HACIENDA

**C. UNSECURED PREFERRED:** Plan [ ] Classifies [X] Does not Classify Claims.
[ ] Class A-  [ ] Co-debtor Claims: [ ] Pay 100% / [ ] "Pay Ahead".
[ ] Class B-  [ ] Other Class:
Cr. ___ Cr. ___ Cr. ___
$ ___ $ ___ $ ___

**D. GENERAL UNSECURED NOT PREFERRED:** (Case Liquidation Value = $ 0.00 )
[ ] Will be paid 100% plus ___ % Legal Interest   [ ] Will be paid Pro-Rata from any remaining funds

**OTHER PROVISIONS:**
DEBTORS EXPECT TO RECEIVE BACK-PAY FROM DEPT DE HACIENDA FOR PENSION SINCE 1/1/2011. OUT OF THAT MONEY A LUMP SUM WILL BE PAID TO THE PLAN AND BALANCE OF $9,345.00 TO BPPR FOR POST PETITION ARREARS. MORTGS AND VEHICLE POST PET- ARREARS WILL BE PAID IN THE PLAN COVERING MONTHS FROM JANUARY TO JUNE 2011.
REFUNDS FROM DEPT HACIENDA AND IRS TO BE PAID INTO THE PLAN.

ATTORNEY FOR DEBTOR~ **Juan O. Calderon-Lithgow**   P.O. Box 1710, Vega Baja, PR 00694   Phone: **787-858-5476**