UNITED STATES BANKRUPTCY COURT
DISTRICT OF PUERTO RICO

| IN RE: | CASE NO. 10-11784-BKT |
|---|---|
| JOSE ANTONIO RIVERA GONZALEZ | |
| LIZZETTE JANEL AVILES VEGA | CHAPTER 13 |
| DEBTOR (S) | |

NOTICE OF CONTINUANCE OF
341 MEETING & CONFIRMATION HEARING

TO ALL PARTIES IN INTEREST:

The section 341 meeting of creditors scheduled for Fri Jan 21, 2011 at 10:00 am has been continued to Tue Oct 25, 2011 at 2:00 pm at Ochoa Bldg., Tanca St., 1Fl., Comercio St. Entrance, San Juan PR 00901.

The confirmation will be held at the United States Bankruptcy Court, U.S. Post Office and Courthouse Building, 3rd floor, Courtroom 3, 300 Recinto Sur, Old San Juan, Puerto Rico, on Friday, November 4, 2011 at 2:30 pm.

In San Juan, Puerto Rico this, Tuesday, August 30, 2011.

I CERTIFY that on this same date I have mailed a true copy of this notice to debtor, debtor's attorney and all parties in interest as per master address list.

/s/ Jose R. Carrion
Office of Jose R. Carrion
Chapter 13 Trustee
PO Box 9023884, Old San Juan Station
San Juan, PR 00902-3884
Tel. (787) 977-3535
Fax. (787) 977-3551

The undersigned hereby certifies that a true copy of the foregoing document was mailed by first class mail to the parties listed below:

| | |
|---|---|
| JOSE R. CARRION<br>PO BOX 9023884, OLD SAN JUAN STATION<br>SAN JUAN, PR 00902 | MARIA DE LOS ANGELES GONZALEZ, ESQ.<br>US POST OFFICE & COURTHOUSE<br>300 RECINTO SUR ST., SUITE 109<br>OLD SAN JUAN, PR 00901 |
| JUAN O CALDERON LITHGOW*<br>PO BOX 1710<br>VEGA BAJA, PR 00694-1710 | DEPARTMENT OF TREASURY<br>PO BOX 9024140<br>SAN JUAN, PR 00902 |
| UNEMPLOYMENT INSURANCE<br>PUERTO RICO DEPT OF LABOR<br>12 FLOOR 505 MUNOZ RIVERA AVE. | JOSE ANTONIO RIVERA GONZALEZ<br>HACIENDAS EL MOLINO<br>A3<br>VEGA ALTA, PR 00692 |
| AEELA MASTERCARD<br>PO BOX 364508<br>SAN JUAN, PR 00936-4508 | ASOC DE PROPIETARIO HACIENDA EL MOLINO INC<br>PO BOX 4069<br>BAYAMON, PR 00958-1069 |
| ASOC EMPLEADOS ELA-MASTERCARD<br>PO BOX 364508<br>SAN JUAN, PR 00936 | ASOC PROPIET HACIENDAS MOLINO<br>LCDO LA QUAY REBOLLO<br>PO BOX 24429<br>SAN JUAN, PR 00931 |
| ASOCIACION EMPLEADOS DEL ELA<br>PO BOX 364508<br>SAN JUAN, PR 00936-4508 | AUTORIDAD ENERGIA ELECTRICA<br>PO BOX 364267<br>SAN JUNA, PR 00936-3508 |
| BANCO POPULAR<br>PO BOX 70100<br>SAN JUAN, PR 00936-7100 | BANCO POPULAR DE PR<br>PO BOX 366818<br>SAN JUAN, PR 00936 |
| BANCO POPULAR DE PUERTO RICO<br>MORTGAGE SERVICE DEPT 762<br>PO BOX 362708<br>SAN JUAN, PR 00936-2708 | BANCO POPULAR DE PUERTO RICO<br>C/O WALLACE VAZQUEZ SANABRIA<br>17 CALLE MEXICO SUITE D-1<br>SAN JUAN, PR 00917-2202 |
| BANCO SANTANDER<br>PO BOX 2589<br>SAN JUAN, PR 00936 | BANK OF AMERICA<br>PO BOX 15721<br>WILMINGTON, DE 19886 |
| BBV<br>PO BOX 364745<br>SAN JUAN, PR 00936-4745 | BFI WASTE SERVICES<br>PO BOX 51986<br>TOA BAJA, PR 00950 |
| CARICO INTERNATIONAL INC<br>PO BOX 100187<br>FORT LAUDERDALE, FL 33310 | COMPUSA<br>PO BOX 15521<br>WILMINGTON, DE 19850 |

| | |
|---|---|
| DEPARTAMENTO DE HACIENDA<br>PO BOX 4515<br>SAN JUAN, PR  00905-4515 | DEPARTAMENTO DEL TRABAJO<br>AVE MUNOZ RIVERA 505<br>SAN JUAN, PR  00918 |
| DEPARTMENT OF TREASURY<br>BANKRUPTCY SECTION SUITE 1504<br>235 AVE ARTERIAL HOSTOS<br>SAN JUAN, PR  00918-1454 | FIRST BANK<br>PO BOX 13817<br>SANTURCE STATION<br>SAN JUAN, PR  00908-3817 |
| FIRST BANK<br>PO BOX 19327<br>SAN JUAN, PR  00919-1427 | FIRST BANK PR<br>C/O JUAN ALBINO GONZALEZ<br>PO BOX 25044<br>SAN JUAN, PR  00928-5044 |
| FIRSTBANK LEASING<br>PO BOX 11852<br>SAN JUAN, PR  00910-1852 | FSE<br>PO BOX 42006<br>SAN JUAN, PR  00940 |
| GE MONEY BANK<br>RECOVERY MANAGEMENT SYSTEMS CORP<br>25 SE 2ND AVE STE 1120<br>MIAMI, FL  33131 | INTERNAL REVENUE SERVICES<br>PO BOX 7317<br>PHILADELPHIA, PA  19101-7317 |
| IRS<br>PO BOX 21126<br>PHILADELPHIA, PA  19114 | JOSE A RIVERA ROBLES<br>PO BOX 29544<br>SAN JUAN, PR  00929 |
| LDF FINANCIAL SERV<br>7001 PEACHTREE IND BLVD<br>BLDG 300<br>NORCROSS, GA  30092 | NORTHWESTERN SELECTA INC<br>599 CALLE 15 NW<br>SAN JUAN, PR  00922 |
| PEDRO BARBA<br>PO BOX 363932<br>SAN JUAN, PR  00936 | PRASA<br>PO BOX 14580<br>SAN JUAN, PR  00916-4580 |
| RELIABLE FINANCIAL SERVICES<br>C/O CARLOS E PEREZ PASTRANA<br>PO BOX 21382<br>SAN JUAN, PR  00928-1382 | RELIABLE FINANCIAL SERVICES<br>PO BOX 21382<br>SAN JUAN, PR  00928 |
| RESURGENT CAPITAL SERVICES<br>PO BOX 10587<br>GREENVILLE, SC  29603-0587 | SEARS CARD<br>PO BOX 183114<br>COLUMBUS, OH  43218 |
| SELF EMPLOYEER<br><br>, PR  00000 | SKO BRENNER AMERICAN<br>PO BOX 230<br>FARMINGDALE, NY  11735 |
| STATE INSURANCE FUND CORP<br>C/O ALEJANDRO SUAREZ CABRERA<br>PO BOX 365028<br>SAN JUAN, PR  00936-5028 | STATE INSURANCE FUND CORPORATION<br>PO BOX 365028<br>SAN JUAN, PR  00936-5028 |
| TREASURY DEPARTMENT OF PUERTO RICO<br>FEDERAL LITIGATION DIVISION<br>DEPARTMENT OF JUSTICE<br>PO BOX 9020192 | TROPIGAS<br>PO BOX 70205<br>SAN JUAN, PR  00936 |

DATED: August 30, 2011					OLGA SOSA
						_____
						OFFICE OF THE CHAPTER 13 TRUSTEE