# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF PUERTO RICO

| IN RE | CASE NO. 10-11784-BKT |
|---|---|
| JOSE A RIVERA GONZALEZ<br>LIZZETTE JANEL AVILES VEGA | CHAPTER: 13 |
| DEBTOR(S) | |

## MOTION REQUESTING DISMISSAL

**TO THE HONORABLE COURT:**

Comes now, **RELIABLE FINANCIAL SERVICES, INC.,** holder of a secured claim and Movant herein, through its undersigned counsel, and very respectfully to the Honorable Court, alleges and prays as follows:

1. Movant is the holder in due course of a duly executed conditional sales contract over motor vehicle NISSAN TITAN 2006 registered under number 3451027, executed by debtor(s) on JULY 11, 2007.

2. Debtor's(s') has failed to renew their annual insurance policy for the motor vehicle(s) described in averment 1. The maturity date of the previous insurance policy was **JULY 11, 2011.**

3. Debtor's(s') have failed to provide for adequate protection to Movant's secured claim, in accordance with the requirements set forth in 11 USC §361.

4. Section 1307 (c)(1) of the Bankruptcy Code provides for the dismissal of a case under Chapter 13 "for cause, including unreasonable delay by the debtor that is prejudicial to creditors".

**WHEREFORE**, Movant requests the dismissal of the instant case since debtor(s) has (have) failed to provide adequate protection in the form of insurance over the collateral securing Movant's claim.

**NOTICE TO ALL PARTIES** is herein given to the effect that if no opposition is filed within thirty (30) from this notice the Court may enter an Order dismissing the case without further hearing.

## CERTIFICATE OF SERVICE

I hereby certify that the present motion was filed electronically with the Clerk of the Court using CM/ECF systems which will send notifications of such to the **JOSE R. CARRION,** Trustee and **JUAN O. CALDERON LITHGOW,** Debtor(s) Attorney and that we have sent copy of this document through regular mail to Debtor(s) **JOSE A RIVERA GONZALEZ, LIZZETTE JANEL AVILES VEGA, PO BOX 144 VEGA ALTA, PR 00692** and to all non CM/ECF participants interested as per mailing list which is hereby included.

**RESPECTFULLY SUBMITTED,**

In San Juan, Puerto Rico this 31 day AUGUST, 2011.

**/S/ CARLOS E. PEREZ PASTRANA**
**USDC-208913**
Attorney for Movant
PO BOX 21382
SAN JUAN, PR 00928-1382
TEL. 787-625-6645 FAX: 787-625-4891
cperezp@reliablefinancial.com

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| IN RE: | CASE NO 10-11784-BKT |
|---|---|
| JOSE A RIVERA GONZALEZ<br>LIZZETTE JANEL AVILES VEGA<br><br>DEBTOR(S) | CHAPTER 13 |

MOTION SUBMITTING DECLARATION
UNDER PENALTY OF PERJURY

Comes now, RELIABLE FINANCIAL SERVICES, holder of a secured claim and Creditor herein and submitting to the Honorable Court the following declaration:

I, **HILDARIS B. BURGOS MURIEL,** Bankruptcy Official for RELIABLE FINANCIAL SERVICES, declare under penalty of perjury, the following:

That according to the enclosed certification, provided by Department of Defense Manpower Data Center (DMDC), debtor(s) is(are) not on active military duty nor in the military service and does not fall within the Service Member Civil Relief Act of 2003.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, this 30 day of AUGUST, 2011.

S/HILDARIS B. BURGOS MURIEL
**Bankruptcy Official**
P. O. Box 21382
San Juan, PR 00928-1382
Tel. (787)625-6647 FAX:(787)625-4891
hburgosm@reliablefinancial.com

Department of Defense Manpower Data Center     Aug-30-2011 11:45:54



Military Status Report
Pursuant to the Service Members Civil Relief Act

| <- Last Name | First/Middle | Begin Date | Active Duty Status | Active Duty End Date | Service Agency |
|---|---|---|---|---|---|
| RIVERA | JOSE | Based on the information you have furnished, the DMDC does not possess any information indicating the individual status. | | | |

Upon searching the information data banks of the Department of Defense Manpower Data Center, based on the information that you provided, the above is the current status of the individual as to all branches of the Uniformed Services (Army, Navy, Marine Corps, Air Force, NOAA, Public Health, and Coast Guard).

*Mary M. Snavely-Dixon*

_____

Mary M. Snavely-Dixon, Director
Department of Defense - Manpower Data Center
1600 Wilson Blvd., Suite 400
Arlington, VA 22209-2593

The Defense Manpower Data Center (DMDC) is an organization of the Department of Defense that maintains the Defense Enrollment and Eligibility Reporting System (DEERS) database which is the official source of data on eligibility for military medical care and other eligibility systems.

The DoD strongly supports the enforcement of the Service Members Civil Relief Act (50 USC App. §§ 501 et seq, as amended) (SCRA) (formerly known as the Soldiers' and Sailors' Civil Relief Act of 1940). DMDC has issued hundreds of thousands of "does not possess any information indicating that the individual is currently on active duty" responses, and has experienced a small error rate. In the event the individual referenced above, or any family member, friend, or representative asserts in any manner that the individual is on active duty, or is otherwise entitled to the protections of the SCRA, you are strongly encouraged to obtain further verification of the person's status by contacting that person's Service via the "defenselink.mil" URL http://www.defenselink.mil/faq/pis/PC09SLDR.html. If you have evidence the person is on active duty and you fail to obtain this additional Service verification, punitive provisions of the SCRA may be invoked against you. See 50 USC App. §521(c).

If you obtain additional information about the person (e.g., an SSN, improved accuracy of DOB, a middle name), you can submit your request again at this Web site and we will provide a new certificate for that query.

This response reflects **active duty status** including date the individual was last on active duty, if it was within the preceding 367 days. For historical information, please contact the Service SCRA points-of-contact.

*More information on "Active Duty Status"*
Active duty status as reported in this certificate is defined in accordance with 10 USC § 101(d)(1) for a period of more than 30 consecutive days. In the case of a member of the National Guard, includes service under a call to active service authorized by the President or the Secretary of Defense for a period of more than 30 consecutive days under 32 USC § 502(f) for purposes of responding to a national emergency declared by the President and supported by Federal funds. All Active Guard Reserve (AGR) members must be assigned against an authorized mobilization position in the unit they support. This includes Navy TARs, Marine Corps ARs and Coast Guard RPAs. Active Duty status also applies to a Uniformed Service member who is an active duty commissioned officer of the U.S. Public Health Service or the National Oceanic and Atmospheric Administration (NOAA Commissioned Corps) for a period of more than 30 consecutive days.

*Coverage Under the SCRA is Broader in Some Cases*
Coverage under the SCRA is broader in some cases and includes some categories of persons on active duty for purposes of the SCRA who would not be reported as on Active Duty under this certificate.

Many times orders are amended to extend the period of active duty, which would extend SCRA protections. Persons seeking to rely on this website certification should check to make sure the orders on which SCRA protections are based have not been amended to extend the inclusive dates of service. Furthermore, some protections of the SCRA may extend to persons who have received orders to report for active duty or to be inducted, but who have not actually begun active duty or actually reported for induction. The Last Date on Active Duty entry is important because a number of protections of SCRA extend beyond the last dates of active duty.

Those who would rely on this certificate are urged to seek qualified legal counsel to ensure that all rights guaranteed to Service members under the SCRA are protected.

WARNING: This certificate was provided based on a name and SSN provided by the requester. Providing an erroneous name or SSN will cause an erroneous certificate to be provided.
Report ID:82OK1TGQIV

Department of Defense Manpower Data Center        Aug-30-2011 11:48:55



Military Status Report
Pursuant to the Service Members Civil Relief Act

| <| Last Name | First/Middle | Begin Date | Active Duty Status | Active Duty End Date | Service Agency |
|---|---|---|---|---|---|
| AVILES | LIZZETTE | Based on the information you have furnished, the DMDC does not possess any information indicating the individual status. | | | |

Upon searching the information data banks of the Department of Defense Manpower Data Center, based on the information that you provided, the above is the current status of the individual as to all branches of the Uniformed Services (Army, Navy, Marine Corps, Air Force, NOAA, Public Health, and Coast Guard).

*Mary M. Snavely-Dixon*

_____

Mary M. Snavely-Dixon, Director
Department of Defense - Manpower Data Center
1600 Wilson Blvd., Suite 400
Arlington, VA 22209-2593

The Defense Manpower Data Center (DMDC) is an organization of the Department of Defense that maintains the Defense Enrollment and Eligibility Reporting System (DEERS) database which is the official source of data on eligibility for military medical care and other eligibility systems.

The DoD strongly supports the enforcement of the Service Members Civil Relief Act (50 USC App. §§ 501 et seq, as amended) (SCRA) (formerly known as the Soldiers' and Sailors' Civil Relief Act of 1940). DMDC has issued hundreds of thousands of "does not possess any information indicating that the individual is currently on active duty" responses, and has experienced a small error rate. In the event the individual referenced above, or any family member, friend, or representative asserts in any manner that the individual is on active duty, or is otherwise entitled to the protections of the SCRA, you are strongly encouraged to obtain further verification of the person's status by contacting that person's Service via the "defenselink.mil" URL http://www.defenselink.mil/faq/pis/PC09SLDR.html. If you have evidence the person is on active duty and you fail to obtain this additional Service verification, punitive provisions of the SCRA may be invoked against you. See 50 USC App. §521(c).

If you obtain additional information about the person (e.g., an SSN, improved accuracy of DOB, a middle name), you can submit your request again at this Web site and we will provide a new certificate for that query.

This response reflects **active duty status** including date the individual was last on active duty, if it was within the preceding 367 days. For historical information, please contact the Service SCRA points-of-contact.

*More information on "Active Duty Status"*
Active duty status as reported in this certificate is defined in accordance with 10 USC § 101(d)(1) for a period of more than 30 consecutive days. In the case of a member of the National Guard, includes service under a call to active service authorized by the President or the Secretary of Defense for a period of more than 30 consecutive days under 32 USC § 502(f) for purposes of responding to a national emergency declared by the President and supported by Federal funds. All Active Guard Reserve (AGR) members must be assigned against an authorized mobilization position in the unit they support. This includes Navy TARs, Marine Corps ARs and Coast Guard RPAs. Active Duty status also applies to a Uniformed Service member who is an active duty commissioned officer of the U.S. Public Health Service or the National Oceanic and Atmospheric Administration (NOAA Commissioned Corps) for a period of more than 30 consecutive days.

*Coverage Under the SCRA is Broader in Some Cases*
Coverage under the SCRA is broader in some cases and includes some categories of persons on active duty for purposes of the SCRA who would not be reported as on Active Duty under this certificate.

Many times orders are amended to extend the period of active duty, which would extend SCRA protections. Persons seeking to rely on this website certification should check to make sure the orders on which SCRA protections are based have not been amended to extend the inclusive dates of service. Furthermore, some protections of the SCRA may extend to persons who have received orders to report for active duty or to be inducted, but who have not actually begun active duty or actually reported for induction. The Last Date on Active Duty entry is important because a number of protections of SCRA extend beyond the last dates of active duty.

Those who would rely on this certificate are urged to seek qualified legal counsel to ensure that all rights guaranteed to Service members under the SCRA are protected.

WARNING: This certificate was provided based on a name and SSN provided by the requester. Providing an erroneous name or SSN will cause an erroneous certificate to be provided.
Report ID:7BJH7AU3H4

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0104-3<br>Case 10-11784-BKT13<br>District of Puerto Rico<br>Old San Juan<br>Tue Aug 30 15:11:01 AST 2011 | BANCO POPULAR as service agent for POPULAR M<br>c/o WALLACE VAZQUEZ SANABRIA<br>17 MEXICO STREET, SUITE D-1<br>SAN JUAN, PR 00917-2202 | First Bank<br>P O BOX 19327<br>SAN JUAN, PR 00910-1327 |
| RELIABLE FINANCIAL SERVICES<br>PO BOX 21382<br>SAN JUAN, PR 00928-1382 | STATE INSURANCE FUND CORPORATION<br>PO BOX 365028<br>SAN JUAN, PR 00936-5028 | TREASURY DEPT/DEPT JUSTICE<br>FEDERAL LITIGATION<br>PO BOX 9020192<br>SAN JUAN, PR 00902-0192 |
| US Bankruptcy Court District of P.R.<br>U.S. Post Office and Courthouse Building<br>300 Recinto Sur Street, Room 109<br>San Juan, PR 00901-1964 | AEELA MASTERCARD<br>PO BOX 364508<br>SAN JUAN, PR 00936-4508 | ASC DE PROP HACIENDA EL MOLINO INC<br>PO BOX 4069<br>BAYAMON PR 00958-1069 |
| ASOC PROPIET HACIENDAS MOLINO<br>LCDO LA QUAY REBOLLO<br>PO BOX 24429<br>SAN JUAN, PR 00931 | ASOCIACION EMPLEADOS DEL ELA<br>PO BOX 364508<br>SAN JUAN, PR 00936-4508 | BANCO POPULAR<br>PO BOX 70100<br>SAN JUAN, PR 00936-8100 |
| BANCO POPULAR<br>PO BOX 71375<br>SAN JUAN, PR 00936-8475 | BANCO POPULAR DE PUERTO RICO<br>BANKRUPTCY DEPARTMENT<br>PO BOX 366818<br>SAN JUAN PR 00936-6818 | BANCO SANTANDER<br>PO BOX 2589<br>SAN JUAN, PR 00936-2589 |
| BANK OF AMERICA<br>PO BOX 15721<br>WILMINGTON, DE 19886-5721 | BBV<br>PO BOX 364745<br>SAN JUAN, PR 00936-4745 | BFI WASTE SERVICES<br>PO BOX 51986<br>TOA BAJA, PR 00950-1986 |
| CARICO INTERNATIONAL INC.<br>PO BOX 100187<br>FORT LAUDERDALE, FL 33310-0187 | COMPUSA<br>PO BOX 15521<br>WILMINGTON, DE 19850-5521 | DEPARTAMENTO DEL TRABAJO<br>AVE MUNOZ RIVERA 505<br>SAN JUAN, PR 00918-3352 |
| DEPTO. DE HACIENDA<br>SECC CERTIFICACION<br>BOX 4515, OFIC 405<br>SAN JUAN, PR 00936 | Department of Treasury<br>Bankruptcy Section (Suite 1504)<br>235 Ave. Arterial Hostos<br>San Juan Puerto Rico 00918-1451 | FIRST BANK<br>BANKRUPTCY DIVISION<br>PO BOX 9146<br>SAN JUAN PR 00908-0146 |
| FIRST BANK<br>DEPTO PRESTAMOS DE CONSUMO<br>PO BOX 19327<br>SAN JUAN, PR 00910-1327 | FIRST BANK<br>PO BOX 13817<br>SAN JUAN, PR 00908-3800 | FIRST BANK OF PR<br>P O BOX 19327<br>SAN JUAN PR 00910-1327 |
| FIRSTBANK LEASING<br>PO BOX 11852<br>SAN JUAN, PR 00910-3852 | FSE<br>PO BOX 42006<br>SAN JUAN, PR 00940-2206 | GE Money Bank<br>c/o Recovery Management Systems Corporat<br>25 SE 2nd Ave Suite 1120<br>Miami FL 33131-1605 |

| | | |
|---|---|---|
| INTERNAL REVENUE SERVICE<br>48 CARR 165 STE 2000<br>GUAYNABO PR 00968 8000 | INTERNAL REVENUE SERVICE<br>PO BOX 7346<br>PHILADELPHIA, PA 19101-7346 | JOSE A RIVERA ROBLES<br>MARIA A RODRIGUEZ<br>PO BOX 29544<br>SAN JUAN PR 00929-0544 |
| LDF FINANCIAL SERV<br>7001 PEACHTREE IND BLVD<br>BLDG 300<br>NORCROSS, GA 30092-6637 | LVNV Funding LLC its successors and assigns<br>assignee of Citibank<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | NORTHWESTERN SELECTA INC<br>599 CALLE 15 NW<br>SAN JUAN PR 00920-2110 |
| PEDRO BARBA<br>PO BOX 363932<br>SAN JUAN, PR 00936-3932 | PRASA<br>PO BOX 14580<br>SAN JUAN, PR 00916 | PREPA<br>P.O.BOX 363508<br>SAN JUAN, PR 00936-3508 |
| PUERTO RICO ELECTRIC POWER<br>BANKRUPTCY CLAIMS OFFICE<br>PO BOX 364267<br>SAN JUAN PR 00936-4267 | SAMS CLUB<br>PO BOX 960013<br>ORLANDO, FL 32896-0013 | SEARS CARD<br>PO BOX 183114<br>COLUMBUS, OH 43218-3114 |
| SKO BRENNER AMERICAN<br>PO BOX 230<br>FARMINGDALE, NY 11735-0230 | TROPIGAS<br>PO BOX 70205<br>SAN JUAN PR 00936-8205 | JOSE ANTONIO RIVERA GONZALEZ<br>A3 HACIENDAS EL MOLINO<br>VEGA ALTA, PR 00692 |
| JOSE RAMON CARRION MORALES<br>PO BOX 9023884<br>SAN JUAN, PR 00902-3884 | JUAN O CALDERON LITHGOW<br>JUAN O CALDERON LITHGOW LEGAL OFFIC<br>PO BOX 1710<br>VEGA BAJA, PR 00694-1710 | LIZZETTE JANEL AVILES VEGA<br>A3 HACIENDAS EL MOLINO<br>VEGA ALTA, PR 00692 |
| MONSITA LECAROZ ARRIBAS<br>OFFICE OF THE US TRUSTEE (UST)<br>OCHOA BUILDING<br>500 TANCA STREET SUITE 301<br>SAN JUAN, PR 00901-1938 | | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (d)BANCO POPULAR as service agent for POPULAR<br>c/o WALLACE VAZQUEZ SANABRIA<br>17 MEXICO STREET, SUITE D-1<br>SAN JUAN, PR 00917-2202 | (d)RELIABLE FINANCIAL SERVICES<br>PO BOX 21382<br>SAN JUAN, PR 00928-1382 | (d)State Insurance Fund<br>PO Box 365028<br>San Juan, PR 00936-5028 |

End of Label Matrix
Mailable recipients     48
Bypassed recipients      3
Total                   51