# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF PUERTO RICO

| IN RE: | CASE NO.: 10-11784-BKT7 |
|---|---|
| JOSE ANTONIO RIVERA GONZALEZ | CHAPTER 7 |
| LIZZETTE JANEL AVILES VEGA | |
| DEBTOR(S) | |

## TRUSTEES' NOTICE ON EMERGENCY SALE OF ESTATE PROPERTY

**TO THE HONORABLE COURT:**

COMES NOW, Roberto Román Valentín, duly appointed Trustee for the above captioned case, who respectfully States and Prays as follows:

### Introduction

1. This bankruptcy petition was filed as a Chapter 13 on December 16, 2010 (Docket entry: 1)

2. On August 30, 2011, motion for conversion to a Chapter 7, was filed by debtor (Docket entry: 49). Conversion was granted on September 26, 2011 (Docket entry 58).

3. Notice of Chapter 7 Case was dated September 28, 2011 (Docket entry: 60).

### Premises inspection and keys delivery, and public sale of inventory

1. On September 30, 2011, Trustee received phone call from debtors landlord, José A Rivera Robles, in consideration he was aware of debtors Chapter 7 filing and that debtors remain operating a bakery business at location. Trustee contacted debtors Counsel, Juan O Calderon Lithgow, in order that keys were turned to the Trustee, in consideration inspection and valuation of inventory would be taken place on this same date.

2. Inventory at premises consisted of perishables, pastries, wrapped candies, cold non-alcoholic drinks, miscellaneous canned – plastic bottled perishable goods and flour.

1

3. Once at location, the undersigned Trustee commenced to inspect premises, inside, outside and surrounding neighborhood.

4. The Trustee encountered some unique circumstances, which required special attentions in consideration to the safeguarding of assets, inventory and equipment, these being:

    a. Business is located at Urb Los Maestros, 465 Calle Souffront, San Juan (Rio Piedras), PR.

    b. Two public housing projects are near said location, one across the street of business location. At a first glance a suspicious activity was underway in front of debtors' location, which reliable outside sources confirmed our concerns.

5. The undersigned trustee pursued the sale of the dry goods and perishables to a bidder present and a public sale was held described as follows;

    **Highest bidder is given at most 0 days from the date the sale is approved to pay the balance due, and to immediately remove the goods from premises**

    Comments:

    a. Sale in the amount of $200.00 to Mr. Miguel Alberti is approved.

    b. Time of sale started: 2:30 PM

    c. Time of sale finished: 4:00 PM

    d. Joint Debtor: Present

    e. Counsel for Debtor: Present

    f. Creditors: None

    g. Bidders present: Yes

    h. Place of Bid: Debtors premises

    i. Description: Dry Goods and perishables

    j. Bidders present: Miguel Alberti - Telephone No. (787) 764-6440

    k. Bid amount: $200.00

    l. Highest bidder: Miguel Alberti

2

m. Amount of Bid: $200.00

n. Trustee received the amount of $200.00, in cash, as deposit from the highest bidder

6. The undersigned trustee hereby states that he had accepted this proposal for emergency sale of the dry goods and perishables inventory.

7. In this Trustee's best business judgment, this offer is reasonable since this inventory will not yield any additional benefit to creditors.

8. Due to the urgency and imminent threat of loss of goods, property be vandalized by third parties in order or intent to have access to said inventory, the additional cost and expenses which would be accrued to store and protect assets, and at such time Trustees' personal security, the undersigned believes said transaction was in the best interest of creditors and other parties.

**WHEREFORE**, the undersigned Trustee, prays this Honorable Court be advised as to the above.

**I HEREBY CERTIFY THAT**: The foregoing motion has been electronically filed with the Clerk of the Bankruptcy Court using the CM/ECF system which will send notification of said filing to parties appearing on said system including the US Trustee Office and a true copy was mailed to Debtor and Debtor's Counsel, and to all creditors and parties in interest as per Master List on file at the Clerk's office.

**RESPECTFULLY SUBMITTED**, in San Juan, Puerto Rico, this October 3, 2011.

/s/ Roberto Román Valentín
ROBERTO ROMAN VALENTIN
Chapter 7 Trustee
PO Box 9024003
San Juan PR 00902-4003
Tel: (787) 740-6011 Fax: (787) 740-8411

```
Label Matrix for local noticing            BANCO POPULAR as service agent for POPULAR M    First Bank
0104-3                                     c/o WALLACE VAZQUEZ SANABRIA                    P O BOX 19327
Case 10-11784-BKT7                         17 MEXICO STREET, SUITE D-1                     SAN JUAN, PR 00910-1327
District of Puerto Rico                    SAN JUAN, PR 00917-2202
Old San Juan
Mon Oct  3 14:21:11 AST 2011

RELIABLE FINANCIAL SERVICES                STATE INSURANCE FUND CORPORATION                TREASURY DEPT/DEPT JUSTICE
PO BOX 21382                               PO BOX 365028                                   FEDERAL LITIGATION
SAN JUAN, PR 00928-1382                    SAN JUAN, PR 00936-5028                         PO BOX 9020192
                                                                                           SAN JUAN, PR 00902-0192

US Bankruptcy Court District of P.R.       AEELA MASTERCARD                                ASC DE PROP HACIENDA EL MOLINO INC
U.S. Post Office and Courthouse Building   PO BOX 364508                                   PO BOX 4069
300 Recinto Sur Street, Room 109           SAN JUAN, PR 00936-4508                         BAYAMON PR 00958-1069
San Juan, PR 00901-1964


ASOC PROPIET HACIENDAS MOLINO              ASOCIACION EMPLEADOS DEL ELA                    BANCO POPULAR
LCDO LA QUAY REBOLLO                       PO BOX 364508                                   PO BOX 70100
PO BOX 24429                               SAN JUAN, PR 00936-4508                         SAN JUAN, PR 00936-8100
SAN JUAN, PR 00931


BANCO POPULAR                              BANCO POPULAR DE PUERTO RICO                    BANCO SANTANDER
PO BOX 71375                               BANKRUPTCY DEPARTMENT                           PO BOX 2589
SAN JUAN, PR 00936-8475                    PO BOX 366818                                   SAN JUAN, PR 00936-2589
                                           SAN JUAN PR 00936-6818


BANK OF AMERICA                            BBV                                             BFI WASTE SERVICES
PO BOX 15721                               PO BOX 364745                                   PO BOX 51986
WILMINGTON, DE 19886-5721                  SAN JUAN, PR 00936-4745                         TOA BAJA, PR 00950-1986


CARICO INTERNATIONAL INC.                  COMPUSA                                         DEPARTAMENTO DEL TRABAJO
PO BOX 100187                              PO BOX 15521                                    AVE MUNOZ RIVERA 505
FORT LAUDERDALE, FL 33310-0187             WILMINGTON, DE 19850-5521                       SAN JUAN, PR 00918-3352


DEPTO. DE HACIENDA                         Department of Treasury                          FIRST BANK
SECC CERTIFICACION                         Bankruptcy Section (Suite 1504)                 BANKRUPTCY DIVISION
BOX 4515, OFIC 405                         235 Ave. Arterial Hostos                        PO BOX 9146
SAN JUAN, PR 00936                         San Juan Puerto Rico 00918-1451                 SAN JUAN PR 00908-0146


FIRST BANK                                 FIRST BANK                                      FIRST BANK OF PR
DEPTO PRESTAMOS DE CONSUMO                 PO BOX 13817                                    P O BOX 19327
PO BOX 19327                               SAN JUAN, PR 00908-3800                         SAN JUAN PR 00910-1327
SAN JUAN, PR 00910-1327


FIRSTBANK LEASING                          FSE                                             GE Money Bank
PO BOX 11852                               PO BOX 42006                                    c/o Recovery Management Systems Corporat
SAN JUAN, PR 00910-3852                    SAN JUAN, PR 00940-2206                         25 SE 2nd Ave Suite 1120
                                                                                           Miami FL 33131-1605
```

| | | |
|---|---|---|
| INTERNAL REVENUE SERVICE<br>48 CARR 165 STE 2000<br>GUAYNABO PR 00968 8000 | INTERNAL REVENUE SERVICE<br>PO BOX 7346<br>PHILADELPHIA, PA 19101-7346 | JOSE A RIVERA ROBLES<br>MARIA A RODRIGUEZ<br>PO BOX 29544<br>SAN JUAN PR 00929-0544 |
| LDF FINANCIAL SERV<br>7001 PEACHTREE IND BLVD<br>BLDG 300<br>NORCROSS, GA 30092-6637 | LVNV Funding LLC its successors and assigns<br>assignee of Citibank<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | NORTHWESTERN SELECTA INC<br>599 CALLE 15 NW<br>SAN JUAN PR 00920-2110 |
| PEDRO BARBA<br>PO BOX 363932<br>SAN JUAN, PR 00936-3932 | PRASA<br>PO BOX 14580<br>SAN JUAN, PR 00916 | PREPA<br>P.O.BOX 363508<br>SAN JUAN, PR 00936-3508 |
| PUERTO RICO ELECTRIC POWER<br>BANKRUPTCY CLAIMS OFFICE<br>PO BOX 364267<br>SAN JUAN PR 00936-4267 | SAMS CLUB<br>PO BOX 960013<br>ORLANDO, FL 32896-0013 | SEARS CARD<br>PO BOX 183114<br>COLUMBUS, OH 43218-3114 |
| SKO BRENNER AMERICAN<br>PO BOX 230<br>FARMINGDALE, NY 11735-0230 | TROPIGAS<br>PO BOX 70205<br>SAN JUAN PR 00936-8205 | JOSE ANTONIO RIVERA GONZALEZ<br>A3 HACIENDAS EL MOLINO<br>VEGA ALTA, PR 00692 |
| JUAN O CALDERON LITHGOW<br>JUAN O CALDERON LITHGOW LEGAL OFFIC<br>PO BOX 1710<br>VEGA BAJA, PR 00694-1710 | LIZZETTE JANEL AVILES VEGA<br>A3 HACIENDAS EL MOLINO<br>VEGA ALTA, PR 00692 | MONSITA LECAROZ ARRIBAS<br>OFFICE OF THE US TRUSTEE (UST)<br>OCHOA BUILDING<br>500 TANCA STREET SUITE 301<br>SAN JUAN, PR 00901-1938 |
| ROBERTO ROMAN VALENTIN<br>US TRUSTEES OFFICE<br>PO BOX 9024003<br>SAN JUAN, PR 00902-4003 | | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (d)BANCO POPULAR as service agent for POPULAR<br>c/o WALLACE VAZQUEZ SANABRIA<br>17 MEXICO STREET, SUITE D-1<br>SAN JUAN, PR 00917-2202 | (d)RELIABLE FINANCIAL SERVICES<br>PO BOX 21382<br>SAN JUAN, PR 00928-1382 | (d)State Insurance Fund<br>PO Box 365028<br>San Juan, PR 00936-5028 |

End of Label Matrix
Mailable recipients    48
Bypassed recipients     3
Total                  51