FORM 2

Page: 1

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 10-11784 BKT | Trustee Name: | Roberto Roman Valentin |
|---|---|---|---|
| Case Name: | RIVERA GONZALEZ, JOSE ANTONIO | Bank Name: | BANCO SANTANDER |
| | AVILES VEGA, LIZZETTE JANEL | Account Number / CD #: | *******6763  Money Market Account |
| Taxpayer ID No: | *******0631 | | |
| For Period Ending: | 03/31/12 | Blanket Bond (per case limit): | $ 300,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | 0.00 |
| 10/14/11 | 1 | MIGUEL ALBERTO | ASSET SALE | 200.00 | | 200.00 |
| 10/14/11 | 1 | JOSE ANTONIO RIVERA GONZALEZ | ASSET SALE | 63.83 | | 263.83 |
| | | A3 HACIENDAS EL MOLINO | | | | |
| | | VEGA ALTA, PR  00692 | | | | |
| * 11/11/11 | | JOSE A RIVERA GONZALEZ | REVERSED DEPOSIT | 0.02 | | 263.85 |
| 11/30/11 | INT | BANCO SANTANDER | Interest Rate  0.100 | 0.02 | | 263.87 |
| 12/08/11 | 2 | LUIS HERNANDEZ DAVILA | ASSET SALE | 4,500.00 | | 4,763.87 |
| | | PO BOX 41302 | | | | |
| | | SAN JUAN PR 00940 | | | | |
| 12/30/11 | INT | BANCO SANTANDER | Interest Rate  0.100 | 0.31 | | 4,764.18 |
| 01/31/12 | INT | BANCO SANTANDER | Interest Rate  0.100 | 0.42 | | 4,764.60 |
| * 02/13/12 | | JOSE A RIVERA GONZALEZ | REVERSED DEPOSIT | -0.02 | | 4,764.58 |
| | | | Interest Posting entered incorrectly | | | |
| 02/13/12 | INT | BANCO SANTANDER | INTEREST REC'D FROM BANK | 0.02 | | 4,764.60 |
| | | | Original interst posting from 10/31/11 | | | |
| 02/29/12 | INT | BANCO SANTANDER | Interest Rate  0.100 | 0.38 | | 4,764.98 |
| 03/30/12 | INT | BANCO SANTANDER | Interest Rate  0.100 | 0.40 | | 4,765.38 |

|  |  | COLUMN TOTALS | 4,765.38 | 0.00 | 4,765.38 |
|---|---|---|---|---|---|
| | | Less:  Bank Transfers/CD's | 0.00 | 0.00 | |
| | | Subtotal | 4,765.38 | 0.00 | |
| | | Less:  Payments to Debtors | | 0.00 | |
| | | Net | 4,765.38 | 0.00 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Money Market Account - *******6763 | 4,765.38 | 0.00 | 4,765.38 |
| | ---------------------- | ---------------------- | ---------------------- |
| | 4,765.38 | 0.00 | 4,765.38 |
| | ============ | ============ | ============ |

| | Page Subtotals | 4,765.38 | 0.00 |
|---|---|---|---|

LFORM2

Ver: 16.06a

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 2

| | |
|---|---|
| Case No: | 10-11784 BKT |
| Case Name: | RIVERA GONZALEZ, JOSE ANTONIO |
| | AVILES VEGA, LIZZETTE JANEL |
| Taxpayer ID No: | *******0631 |
| For Period Ending: | 03/31/12 |

| | |
|---|---|
| Trustee Name: | Roberto Roman Valentin |
| Bank Name: | BANCO SANTANDER |
| Account Number / CD #: | *******6763 Money Market Account |
| Blanket Bond (per case limit): | $ 300,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

I certify that I have filed and review Form 2 for the case listed
and it is accurate and correct to the best of my knowledge.

Trustee's Signature: /s/   Roberto Roman Valentin  Date: 04/30/12

ROBERTO ROMAN VALENTIN
ROMAN LAW
PO BOX 9024003
SAN JUAN, PR  00902-4003
Phone: (787) 740-6011
Email: romanlaw@prtc.net

Page Subtotals  0.00  0.00

LFORM2                                                                                                                                               Ver: 16.06a