## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE PUERTO RICO

| IN RE: | |
|---|---|
| **RIVERA GONZALEZ, JOSE ANTONIO**<br>**AVILES VEGA, LIZZETTE JANEL**<br>DEBTOR(S) | CASE NUMBER: **10-11784-BKT**<br><br>(Chapter 7)<br>ASSET CASE |

### NOTICE OF ABANDONMENT OF PROPERTY

TO: THE UNITED STATES TRUSTEE, DEBTOR(s) AND PARTIES IN INTEREST:

Notice pursuant to 11 U.S.C. Section 554(a) was given through the 341 Meeting Notice whereby the Trustee notified his intention to abandon any real property or scheduled property at this Section 341 Meeting.

The property being abandoned is as follows:

| Property | Value | Amt. Secured | Claimed Exemptions | Other Costs | Value to the Estate |
|---|---|---|---|---|---|
| RESIDENCE - COMMERCIAL PROPERTY | $220,000.00 | $183,093.11 | $0.00 | $0.00 | $36,906.89 |
| RESIDENCE - HACIENDAS EL MOLINO, VEGA ALTA | $520,000.00 | $458,416.00 | $0.00 | $0.00 | $61,584.00 |
| HOUSEHOLD GOODS | $4,500.00 | $0.00 | $4,500.00 | $0.00 | $0.00 |
| WEARING APPAREL | $300.00 | $0.00 | $300.00 | $0.00 | $0.00 |
| VEHICLES - HONDA ODDISEY | $17,000.00 | $0.00 | $0.00 | $0.00 | $17,000.00 |
| VEHICLES - 2006 HONDA TITAN | $28,000.00 | $28,689.53 | $0.00 | $0.00 | $(689.53) |

Documents Included:  Appraisal ( )  Creditors Statement ( )  Proof of Lien ( )

Enter zero (0) if estimated expenses and/or amount secured exceed actual or estimated value.

I HEREBY CERTIFY THAT: The foregoing has been electronically filed with the Clerk of the Court using the CM/ECF System which will send notification of said filing to parties appearing on said system including the U.S. Trustee Office and a true copy was mailed to Debtor and Debtor's Attorney and to All Creditors and parties in interest as per the Master Address List on file at the Clerk's Office.

Reasons for abandonment:

1) Property has no value or is burdensome to the Estate.  No equity for Estate.

Objections to abandonment must be filed in writing with the court and served within fourteen (14) days of the mailing of this notice.

DATED:    August 18, 2012

/s/ Roberto Roman Valentin
Roberto Roman Valentin
Po Box 9024003
San Juan, PR  00902-4003
(787) 740-6011